# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONEH DEHGHAN and ALIREZA RAJAEI, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN <br><br> Defendants. | Case No.: 23-cv-1480-W-AHG <br><br> **ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT [DOC. 9]** |

Pending before the Court is a joint motion for an extension of time for Defendants to respond to the Complaint. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 9] and **ORDERS** Defendants to respond to the Complaint on or before **December 19, 2023**.

**IT IS SO ORDERED**.

Dated: October 19, 2023

Hon. Thomas J. Whelan
United States District Judge